■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY NEAL, Appellant. [608 NYS2d 861] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (George, J.), rendered April 2, 1992, convicting him of robbery in the first degree (six counts) and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contentions regarding the prosecutor's remarks during her summation are unpreserved for appellate review *(see,* CPL 470.05 [2]). In any event, the prosecutor's remarks were fair comment on the evidence *(see, People v Ashwal,* 39 NY2d 105), fair response to the defense counsel's summation *(see, People v Colon,* 122 AD2d 151), or harmless error in light of the overwhelming evidence of the defendant's guilt *(see, People v Crimmins,* 36 NY2d 230).

We find that the sentence imposed was not unduly harsh or excessive. Sullivan, J. P., Rosenblatt, Pizzuto and Joy, JJ., concur.